

# Fourth Court of Appeals
## San Antonio, Texas

September 23, 2020

No. 04-20-00437-CV

**PROGRESO LLC** and Progreso La Michoacana Meat Market San Antonio #10, LLC,
Appellants

v.

Rosamaria **GONZALEZ**,
Appellee

From the 73rd Judicial District Court, Bexar County, Texas
Trial Court No. 2019CI25139
Honorable John D. Gabriel, Jr., Judge Presiding

## O R D E R

A party may not appeal an interlocutory order unless authorized by statute. *See Robert B. James, DDS, Inc. v. Elkins*, 553 S.W.3d 596, 632 (Tex. App.—San Antonio 2018, pet. denied). On September 8, 2020, appellants filed a notice of interlocutory appeal indicating they wish to appeal "the August 17, 2020 Order on Defendants, Progreso LLC and Progreso La Michoacana Meat Market San Antonio #10, LLC d/b/a La Michoacana Meat Market's First Amended Motion to Compel Arbitration." An interlocutory appeal of an order denying a motion to compel arbitration is permissible under some circumstances. *See Ellis v. Schlimmer*, 337 S.W.3d 860, 861 (Tex. 2011) ("If a trial court denies a motion to compel arbitration, appellate review may be available under both the [Texas Arbitration Act] and the [Federal Arbitration Act] so long as the [Texas Arbitration Act] is not preempted.").

On September 18, 2020, the district clerk filed a copy of the clerk's record. That record does not contain the order listed in the notice of appeal or any other order denying appellants' motion to compel arbitration. *See id.* We therefore ORDER appellants to show cause **by October 5, 2020** why this appeal should not be dismissed for lack of jurisdiction. We ORDER all other appellate deadlines suspended pending further order of this court.

_____
Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 23rd day of September, 2020.



Michael A. Cruz,
Clerk of Court